BEFORE THE FIRST DIVISION, OCTOBER 3, 1947

No. 51930.—C. S. Emery & Co. v. United States, protests 990441–G, etc. (St. Albans).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of polymerized vinyl acetate film similar in all material respects to that the subject of Abstract 51693. In accordance therewith the claim of the plaintiff was sustained.